U. S. Dist. Court
District of New Jersey

Jasper Frazier } Jury Trial ☒ Yes ☐ No
Plaintiffs }
} Civil Action.
- Against - }
}

Commissioner Victoria L. Kuhn
Commissioner Robert E. Carter
S.W.S.P. Asst. Supt. Anthony Deguer
S.W.S.P. Asst. Admin. AL Solanik
S.W.S.P. Chaplain Phillip Harden
N.S.P. /E.J.S.P. Admin. Patrick Nogan
N.S.P. Chaplain "John Doe"
E.J.S.P. Chaplain W. Pidegon
Interstate Compact Donna Sweeney
I. D.O.C. Interstate Compact Joel Gruber
I. D.O.C. Chief Camel Bob Bugher
I. D.O.C. AtG. Margo Tucker
The Geo Group Classification Glenda Cecil
The Geo Group Unit Team manager Shawe Nelson
The Geo Group Casemanager Jama Jones

1

Attorney Jessica Wegg
Attorney Charles Little
   Defendant's

I. Parties in this complaint

1. Plaintiff: Jasper L. Frazier
Street ADDress: East Jersey State Prison
1100 Wood Bridge Rd; Lock BAG R
County, City: Middlesex Rayway
STATE and zipcode: New Jersey  07065
Telephone number: (732)-499-5010

   B.

2. Defendant No. 1  Name: Commissioner
   Victoria L. Kuhn
Street Address: STATE Of New Jersey
Dept. of Corrections  Whittlesey Road
P.O. Box 863
County, City  Mercer;  Trenton
State and zipcode New Jersey  08625-0863

2

3. Defendant No. 2. Name: Commissioner
Robert E. Carter
Street Address: 302 West Washington
Street I. G. C. S.
County, City: Marion; Indianapolis
State and zipcode: Indiana 46204

4. Defendant No. 3. Name: Southwood State
Prison Asst. Supt. Anthony Degner
Street Address: 215 South Burlington Rd
County, City: Cumberland; Bridgeton
State and zipcode: New Jersey 08302

5. Defendant No. 4 Name: Southwood
State Prison Asst. Admin. AL Solanik
Street Address: 215 South Burlington Rd
County, City: Cumberland; Bridgeton
State and zipcode New Jersey 08302

6. Defendant no. 5. Name: Southwood
State Prison Chaplain Phillip Harden
Street Address: 215 South Burlington Rd

3

County, City: Cumberland ; Bridgeton
State and zip code: New Jersey 08302

7. Defendant No. 6.  Administrator
Patrick Nogan
Street Address: East Jersey State Prison
1100 wood Bridge Rd ; Lock BAG R
County, City: middlesex  Rahway
State and zipcode: New Jersey 07065

8. Defendant No. 7.  Name: Northern
State Prison Chaplain John Doe
Street Address: 215 South Burlington Rd
County, City: Essex          Newark
State and zip code:  New Jersey 07114-2300

9. Defendant No. 8  Name: Chaplain W. Pidgeon
Street: East Jersey State Prison  1100
wood bridge Rd; Lock BAG R
County, City: middlesex  Rahway
State and zipcode: New Jersey 07065

4

10. Defendant No. 9. Name: INTerstate
Compact Donna Sweeney
Street ADDress: State of New Jersey
Department of Corrections WhiTTlesey
Rd. P.O. Box. 863
County, City: Mercer Trenton
State and Zip code: New Jersey 08625-0863

11. Defendant No. 10. NAME: I.D.O.C.
Interstate Compact Joel Gruber
Street Address: Indiana Department of
Corrections 302 West Washington
Street - Rm. E334
County; City: Marion; Indianapolis
State and zip code: Indiana, 46204

12. Defendant no. 11; 12 NAME: I.D.O.C.
Chief Cansel Bob Bugher; ATG. Margo Tucker
Street Address: E334 I.G.C.S.
302 west Washington street
County; City; Marion; Indianapolis
State and zipcode: Indiana, 46204

5

13. Defendant's No. 13, 14, And 15.
NAmes: Classification Glenda-
Cecil, Unit Team mangager -
Shave Nelson And case manager-
Jama Jones
Street Address: The Geo Group Private
Prison New Castle Correctional
Facility 1000 Van nuys Rd.
County; City; Henry; New Castle
State; And zip code; Indiana 47362

14. Defendant's No. 16 And 17. NAmes:
SAeed And Little Law Firm (Attorney
Jessica Wegg And Attorney Charles Little)
Street Address: 189. 133 West
Market Street
County; City; Marion; Indianapolis
State; And zip code; Indiana 46204

15.   II.   Basic for Jurisdiction

    A.   what is the basis for Federal court jurisidiction? (check all that apply)

    ☒ Federal Question    ☒ Diversity of - Citizenship

    ☐ U.S. Goverment    ☐ U.S. Government - Defendant

    B.  If the basis for jurisdiction is Federal Question, what Federal Constitutional, statutory or treaty right is at issue.

16.   Defendant No. 1. Commissioner Robert E Carter violated Plaintiff First Amend- ment Freedom of Expression, Freedom of Religion under Religious Land Use and Institutionalized Person Act (R.L.U.I.P.A.) by moving Plaintiff to New Jersey Department of Corrections

7

in (4) civil lawsuit Plaintiff
settle with Commissioner office
and State of Indiana. Plaintiff been
denied to p.ratice his religion
"M.S.T.A. (Moorish Science Temple
of America), Denied access to a
Religious Adviser Grand Shiek for
Moorish Science Temple of America at
Southwood State Prison - northern
State Prison - East Jersey State Prison
    , Denied to order Moorish Science
Temple of America Necklace, Fez
or any Moorish Science Temple of
America religious Artifacts and
Denied to hold Moorish Science
Temple of America Religious Services.

17. Defendant no. 1 Commissioner
    Robert E Carter violated Plaintiff
    Fourteenth Amendment Denied
    equal treatment to practice
    his Religion Moorish Science
    Temple of America inmates similar-

situated like Plaintiff under ICC.

18. Defendant No. 2 Commissioner
Victoria L. Kuhn violated Plain-
tiff First Amendment Freedom of
Speech, Freedom of Expression, Freedom
of Religion under Religias Land
Use and Institutionalized Person
Act (R.L.U.I.P.A.) by not imple-
ment policy to New Jersey Department
of Corrections to place Moorish
Science Temple of America on approve
list for religion, order Religias
Artifacts " Books, Necklace, Fez etc.",
Denied Access to Religias Advisor
Grand Shiek for Moorish Science
Temple of America at South Wood
State Prison, Northern State Prison
(R.H.U.) and East Jersey State Prison,
And Denied to implement into Policy
for New Jersey Dept. of correction to
hold religias service for Moorish
Science Temple of America.

19. Defendant's No. 3, 4, 5. S.W.S.P. Asst. Supt. Anthony Degner, Asst. Admin. AL Solonik and S.W.S.P. Chaplain Phillip Harden violated Plaintiff <u>First Amendment</u>: Freedom of Speech, Freedom of Expression, Freedom of religion under Religious Land Use and Institutionalized Person Act (R.L.U.I.P.A.) denying Plaintiff to practice Moorish Science Temple of America religion deem a religion in 7th District Court in Indiana, Illinois, Wisconsin, New York, Pa etc...., Denied Access to Religious Advisor Grand Shiek for Moorish Science Temple of America at S.W.S.P. and Denied to order Religious Artifacts "Books, Necklace, Fez etc." and retalation for Freedom of Speech.

20. Defendant's No. 3, 4, and 5. S.W.S.P. Asst. Supt. Anthony Degner, Asst. Admin. AL Solonik And SW.S.P.-

Chaplain Phillip Harden Violated
Plaintiff Fourteenth Amendment:
Denied equal protection of the
law to practice Moorish Science
Temple of America religion inmates
similar situated like Plaintiff
get to practice there religion of
choice at Southwood State Prison.

21. Defendant's No. 6 and 7 Administrator
Patrick Nogen and chaplain John-
Doe    at northern state prison
violated Plaintiff First Amendment:
Freedom of speech, Freedom of Ex-
pression, Freedom of Religion under
Religious Land Use and Institution-
alized Person Act (R.L.U.I.P.A.),
Denying Plaintiff Religious Adisor
"Grandshiek" for Moorish Science
Temple of America in Restricted
housing Unit, while other religion
Advisor was allowed to see other
inmates And retalcation for -

11

Freedom of speech.

22. Defendant's No. 6 and 7 Administrator Patrick Nogan and chaplain "John Doe" at northern state prison violated Plaintiff Fourteenth Amendment: Denied Equal Protection of law to practice Moorish Temple of America religion inmates similar situated like Plaintiff get to practice there religion of choice at northern state prison

23. Defendant's No. 6 AND 8. Administrator Patrick Nogan and Chaplain W. Pidgeon violated Plaintiff First Amendment: Freedom of speech, Freedom of Expression, Freedom of religion under Religious Land Use and Institutionalized Person Act (R.L.U.I.P.A.) Denying Plaintiff to practice his religion Moorish Science Temple of America deem a-

12

religion under 7th District Federal
Courts (Indiana, Illinois, Wisconsin);
NewYork, Pa, D.C. Va etc., Denied
Access to religious Advisor Grand
Shiek for Moorish Science Temple of
America, Denied to purchase religion
Artifacts " Fez, Necklace, Books etc.",
And Denied to hold Moorish Science
Temple of America Religion Service -
And retaliation for Freedom of
Speech.

24. Defendant's No. 6 and 8 Administrator
Patrick Nogan and Chaplain W. -
Pidegon violated Plaintiff Fourteenth
Amendment : Denied equal Protection
of the Law to Practice Moorish
Science Temple of America inmates
similar situated like Plaintiff get
to practice there religion of choice
at East Jersey State Prison.

13

25. Defendant No. 9 Interstate Compact Donna Sweeley violated Plaintiff First Amendment: Denying Plaintiff Freedom of Religion under Religious Land Use and Institutionalized Person Act (R.L.U.I.P.A.), failure to accommodate Plaintiff Religion Moorish Science Temple of America before arriving to New Jersey Dept. of Correction as a interstate Compact Inmate, failure to Analyze Plaintiff Religion before arriving within New Jersey Department of Correction (S.W.S.P. - N.S.P. and E.J.S.P.), Denied Freedom of Speech, Freedom of Expression, Denied Religious Adviser Grand Shiek for Moorish Science Temple of America, and co-sign with Indiana Department of Correction AtG. Margo Tucker, Chief counsel Bob Bugher and Joel Gruber to allow Plaintiff-

14

to be housed within New Jersey
Department Corrections Knowing he
be denied to practice his
religion Moorish Science Temple
of America.

26. Defendant No. 9. Interstate Compact
Donna Sweeney violated Plaintiff
Fourteenth Amendment: Denied
Equal Protection of the law in
practice Moorish Science Temple
of America inmates similar
situated like Plaintiff within
N.J.D.O.C. or I.C.C get to
practice there own religion.

Defendant's No. 10, 11 and 12. Inter-
state Compact Joel Gruber, I.D.O.C
Chief Counsel Bob Busher And AtG.
Mago Tucker violated Plaintiff
First Amendment: Being in concert
with N.J.D.O.C. to deny Plaintiff

15

Freedom of Speech, Freedom of Expression, Freedom of Religion under Religious Land Use and Institutionalized Person Act (R.L.U.I.P.A) to practice his religion. Moorish Science Temple of America, in concert with N.J.D.O.C. to deny Plaintiff to meet with Religious Clergy Grand Shiek of Moorish Science Temple of America, Deny to correspondance with Grand Shiek as a spiritual Advisor by being in concert with N.J.D.O.C. to prevent this, retalation for Access to courts in Indiana and New Jersey for freedom of Speech being in concert with N.J.D.O.C. to deny Plaintiff religious Artifacts "Fez, Necklace-Sudete" and failure to maintain contract Plaintiff sign for settlement (4) lawsuits and/or Breach of contract.

27. Defendant's No. 10, 11 and 12 Interstate Compact Joel Gruber, I.D.O.C.-

_____ , Chief Counsel Bob Bugher
and AtG. Mayo Tucker violated
Plaintiff Eight Amendment: Cruel
and Unusual punishment by being
in concert with N. J. D. O. C. to
shut Plaintiff completely "off" in
Practice his religion moorish
Science Temple of America, Denied
Access to a religious Clergy,
Moorish science Temple of
America for spiritual Advise by
being in concert with Private
Actors - The Geo Group and State
Actors- N. J. D. O. C. to put this
in place.

28. Defendant's No. 10, 11 and 12. Inter-
State Compact Joel Gruber, I. D. O. C.
Chief Counsel Bob Bugher And AtG.
Mayo Tucker violated Plaintiff
Fourteenth Amendment: Being in
concert with Private Actors (The
Geo Group) And (State Actors) -

N.J.D.O.C. to deny Plaintiff equal Protection of the law to practice his religion Moorish Science Temple of America inmates Similar situated like Plaintiff get to Practice there own religion within N.J.D.O.C.

29. Defendant's No. 13, 14 and 15. The Geo Group classification Glenda Cecil, Unit-Team Manager Shave Nelson and Case Manager Jona Jones violated Plaintiff First Amendment: By being in concert (Private Actors) with (State-Actors) N.J.D.O.C. to deny Plaintiff Freedom of Religion under Religious Land Use And Institutionalized Person Act (R.L.U.I.P.A.) by classify Plaintiff to be housed within N.J.D.O.C. shut "off" to practice his religion Moorish Science Temple of America, Denied-

18

Access to Religious Clerk Grand
Shiek "Moorish Science Temple
of America", failure to inform
N. J. D. O. C. About Plaintiff religion
on purpose before arriving on
Interstate Compact And continue to
harass And retaliate with the aid
and assisstance of (State Actors) N. J. D.-
O. C.

30. Defendants No. 13, 14, And 15. The Geo
Grap classification Glenda Cecil,
Unit Team Manager Shane Nelson and
Case manager Jama Jones Violated
Plaintiff Eight Amendment: Being
in concert with (State Actors) to
inflict cruel And ununsal punish-
ment to deny Plaintiff Access to
religious Clergy Grand Shiek And
practice his religion Moorish
Science Temple of America within
N. J. D. O. C.

31 Defendant's No. 13, 14. and 15. The
Geo Group classication Glenda Cecil,
Unit team Manager Shane Nelson and
case manager Jama Jones violated
Plaintiff Fourteenth Amendment:
Being in concert with State Actors
(N. J. D. O. C.) to deny Plaintiff
Equal Protection of the law to
practice his religion "Moorish
Science Temple of America" inmates
similar situated like Plaintiff
within N. J. D. O. C. get to
pratice there religion freedom of
choice.

32 Defendant's No. 16 and 17. Attorney
Jessica Wegg and Attorney charles
Little violated Plaintiff First
Amendment: Indiana Professional
Rules of Conduct 1. 16 (a) Duty owed
to client, by not filing any
stipulation to settle (4) Civil
lawsuit Order by Federal 7th Dist.

20

Court Judge Dinsmore to implement
Plaintiff religion of choice Moorish
Science Temple of America, retal-
ation for Freedom of Speech, failure
to hold or maintain Fiduciary
Duty to Plaintiff appointed by 7th
District Court.

33. Defendant's No. 16 and 17. Attorney
Jessica Wegy and Attorney Charles
Little violated Plaintiff Eight
Amendment: Enforcing cruel and
ununsal punishment with A.G.
Mongo Tucker, Chief Counsel Bob
Bob Bugher And Interstate Compact
Joel Gruber to deny Plaintiff
Access to religious Clergy within
N.J.D.O.C. And practice his
religion Moorish Science Temple
of America

34 Defendant's No. 16 and 17. Attorney
Jessica Wegy and Attorney Charles-

Little violated Plaintiff Fourteenth Amendment: Denied equal protection of law, failure to implement to AtG. Maryo Tucker - Chief Counsel Bob Bayter - Interstate Compact Joel. Gruber And New Jersey Dept. Corrections Donna Sweavey Plaintiff religion as moorish Science Temple of America inmates similar situated liked Plaintiff get to practice there own religion.

35. C. If the basic for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship Under 28 U.S.C. 3 1331, a case involving the U.S. constitution or federal laws or treaties is a federal question case

Defendant(s) state(s) of citizenship - Diversity of Citizenship - Under 28 U.S.C -

22

§ 1331, a case involving the U.S. Constitution or Federal laws or treaties is a federal question case. And under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000.00.

36. III. STATE of FACTs

37. On or about Feb. 26 2021 - March 1, 2021 10:00 A.m / 1:30 p.m. Plaintiff housed at The Geo Group Private Prison New Castle Correctional Facility.

38. Plaintiff had a settlement conference with I.D.O.C. Chief Cansel Bob Bugher, I.D.O.C. Attorney General Margo Tucker, Attorney Jessica Wegg appointed by 7th Dist. Court on behalf of Plaintiff and Federal Judge Mark J. Dinsmore.

23

39. Plaintiff implemented to his Attorney Jessica Wegg in order to resolve the (4) civil lawsuits part of it, Plaintiff would need a (1) man cell, practice his religion Moorish Science Temple of American and no more harassment or retalation from defendants when transfer out of state with the agreement in (4) civil lawsuits.

40. On about March 5, 2021 - June 7, 2021 Plaintiffs Attorney's Jessica Wegg and Charles Little suppose to have filed a stipulation order by Federal courts to finalize the (4) civil lawsuit on Plaintiff behalf.

41. Plaintiff implemented the (1) man cell, practice his religion, moorish Science Temple of America and no more retalation from defendants with receiving state "out of state Placement".

24

42. Plaintiff's Attorneys never filed anything on Plaintiff behalf.

43. On or about April 5, 2021 9:00 A.M Plaintiff housed at The Geo Group New Castle Corr. Facility had his family member email Indiana Attorney General Mayo Tucker.

44. Plaintiff inform Mayo Tucker about his religion "Moorish Science Temple of America, (1) man cell and when was the out of State Placement would take place

45. Attorney General Mayo Tucker email back to Plaintiff family member inform that she can't talk with or communicate with Plaintiff because he is represented by Atty's. Jessica Wegg / Charles Cittle and have to communicate with-

25

them.

46. On or about April 5, 2021 Plaintiff email and /or call. Atty. Jessica Wegg who answer the phone in a unprofessional tone what? What do you want? I'm bizzy.

47. Plaintiff inform Atty. Ms Wegg to Please make sure she implement the (1) man cell, practice his religion moorish science Temple of America and no more retelation from defendats

48. Plaintiff inform Atty. Jessica Wegg he cait communicate with Attorney General Mango Tucker because he is represented by her and Charles Little.

49. Attorney Jessica Wegg then replied "Her boss Mr. Little" is conducting-

26

Margo about these issues.

50. On or about May 13, 2021 Plaintiff call Attorney Jessica Wegg again to follow up on stipulation she and Atty. Charles Little suppose to file with more issue's dealing with the GEO Group.

51. Plaintiff inform Attorney Jessica Wegg he wasn't sign nothing until his demand is met with the defendants.

52. Attorney Jessica Wegg then yell at Plaintiff on the phone " My name is on the line and you better sign the paper to settle the (4) lawsuits.

53. Plaintiff then replied " He not sign nothing and he know the law just as much.

27

54. On or about May 27, 2021 9:00 A.m
Plaintiff housed at The Geo Group
Private Prison New Castle Corr. Facility
(Restricted Housing Unit).

55. Plaintiff Met   with Asst.
Vandervort and unit Team shave
Nelson sign the Agreement (4)
civil lawsuit settlement, thinking
Attorney's Jessica Wegg /Charles
Little fulfill their obligation to
Plaintiff by filing the Stipulation

56. On or about June 4, 2021 Plaintiff
house at The Geo Group Private
Prison New Castle Correctional
Facility (Restricted housing unit)
encounter Classification Glenda
Cecil.

57. Classification Glenda Cecil did a
evaluation to determine his needs
for X 22" N. J. D. O. C." and never

28

implemented to X22 "N.J.D.O.C."
that Plaintiff religious perference
is M.S.T.A. (Moorish Science Temple
of America)..... Also sign by
Unit Team Manager Shave Nelson
and case manager Jama Jones.

58. On or about JUNE 4, 2021 Plaintiff
email Attorney Jessica Wegg
inform her to " STOP trying to
inform him his Constitutional
Rights, he know the law just as
much she does and she in violation
of Indiana Professional Rules of
Conduct 1.16 (A) Duty owed to her
client

59. On or about JUNE 7, 2021 2:30 A.m.
Plaintiff housed at The GEO Group
NewCastle Corr. Facility (Restricted
housing unit) was inform by Sgt.
Turley to PACK up his property
for "X 22 " N. J. D. O.C."

29

60. On or about June 7, 2021 6:30 p.m. Plaintiff arrive at Garden State Youth Facility prison in Yardville, NJ

61. Plaintiff learn that Attorney's Jessica Wegg and Charles Little never filed NO STIPUlation on Plaintiff behalf for (1)man cell; practice his religion Moorish Science Temple of America not Available at "X 22 N.J.D.O.C"

62. Plaintiff tried to place Attorney Jessica Wegg and Attorney Charles Little on his Phone list at Garden State Youth Facility in Yardville, NJ.

63. Attorney Jessica Wegg and charles Little inform N.J.D.O.C NOt to place there numbers on Plaintiff Phone list.

30

64   On or about June 11, 2021 8:00 A.m,
S.I.D. "John Doe" white male
call Plaintiff out

65.   S.I.D. "John Doe" white male had
the stipulation paper with Atty's
Jessica Wegg And Margo Tucker name
on it.

66   Plaintiff inform S.I.D. "John Doe"
white male he need to talk
with Atty. Jessica Wegg before
he sign anything.

67.   S.I.D. "John Doe" white male
replied "She doesn't want you to
have her number on your phone list
And this stipulation was fax
to me.

68.   Plaintiff then replied" Atty's
Jessica Wegg and Charles Little
never filed any stipulation for

31

(I) mancell or practice his religion moorish Sciewce Temple of america, force under duress to sign the stipulation with Atty. Jessica Wegy and Atty. Mayo Tucker nore on it.

69. On or about June 22, 2021 Plaintiff transfer to Southwood state Prison without his property including his religious materials.

70. On or about July 9, 2021 8:25 A.m. Plaintiff filed a Jpay inquiry stating he been been denied his Freedom of religion at South wood state Prison

71. On or about July 9, 2021 11:35 A.m. Plaintiff was called out South wood State Prison Chaplain Phillip Harden.

32

72. Plaintiff was inform by chaplain Phillip Harden that he worked for Federal Prison as a chaplain before coming to work for Southwood Side Prison as a chaplain.

73. He is very familar with Moorish Science Temple of America as a religion, it's not common within State of New Jersey and Plaintiff wouldn't be allowed to order a Moorish Science Temple of America Fez or any religious artifacts.

74. Plaintiff then replied° This violate his Freedom of Religion under Religious Land Use and Justitutionalized Person Act. (R. L. U. I. P. A.)

75. Plaintiff inform Chaplain Phillip Harden                    that he been a

33.

Moor since 2002 and have documented to prove in the system within Indiana Dept. of correction Plaintiff religious Preference is Moor (M.S.T.A.).

76. Southwood state Prison chaplain Phillip Harden then email East Jersey State Prison Chaplain W. Pidgeon to see if they had a service for Moorish Science Temple of America.

77. On or about July 9, 2021 East Jersey State Prison W. Pidgeon responded "we do not have a Active M.S.T.A. group Active at E.J.S.P. email sent to Southwood state Prison Chaplain Phillip Harden.

78. On or about July 9, 2021 Plaintiff exhausted his state remedies on this subject Denied equal protection

34

of the law ( R.C.U.I.P.A.)

79. On or about July 21, 2021 - March 16, 2022 Plaintiff was transfer to northern State Prison ( Restricted housing Unit), Denied his Freedom of Religion, Religious Advisor - Grandshiek by defendant P. Nogan - Chaplain "John Doe".

80. On or about July 29, 2021 Plaintiff filed a inquiry - Grievance - Appeal to N.J.D.O.C. central office denying Access to practice his religion "moorish Science Temple of America"

81. On or about Oct. 6, 2021 Plaintiff filed a Tort claim with Dept. of Treasury on denied to practice his religion... etc.

82. On or about Oct. 6, 2021 Interstate Compact Donna Sweazey wrote Plaintiff stating someone would see Plaintiff about his -

35

religion beliefs while house at
northern State Prison (Restricted housing
Unit).

83. On or about Oct. 6, 2021 northern State
Prison Iman come to talk with
Plaintiff while housed at northern
State Prison (Restricted housing Unit).

84. Iman explain to Plaintiff there
wasn't he could do for him because
he was on Restricted housing Unit
and have to wait until he is release

85. Plaintiff explain to Iman that
his religion Is different from Sunni
or other Muslim here. We believe in
the same God, but we have different
prophet   and different teachings
a problem for certain Muslim in
N.J.D.OC this is a problem for
Plaintiff.

36

86. Since Plaintiff been within N.J.D.O.C. most Muslim doesn't honor Moorish Science Temple of America as Muslim or the state of Indiana, Illinois, Wisconsin, New York Pa, D.C. Va and so forth does honor Moorish Science Temple of America as Muslim (7th Dist. Court).

87. This is the reason why Plaintiff doesn't attend Muslim service at Southwood-State Prison and East Jersey State Prison or when Imam come to see other Muslim inmates at Northern State Prison restricted housing unit

88. On or about Oct. 7, 2021 Plaintiff file a Tort claim a second time because Northern State Prison confiscated over $500.00 in legal copies / legal mail postage that never the prison re: (2:21-cv-16842-BRM-CLW).

37

89. Plaintiff never heard nothing back. from Dept. of Treasury in Trenton NJ

90. while Plaintiff was housed in Restricted housing Unit, his nephew died of a drug overdose, defendant P. hogan order Plaintiff phone to be shut off August 4, 2021- December 7, 2021 illegally Re: Appellant case pending A. 410. 21. TY; A. 811. 21. TY and pending lawsuit (2:21-cv-16842-BRM-CLW). Plaintiff need a religious Adviser Grand sheik was denied.

91. On or about March 16, 2022 Plaintiff was transfer to East Jersey State Prison

92. On or about April 3, 2022 Plaintiff wrote to head Quarters for Moorish science Temple of America in Chicago, ILL for spiritual guidance on East Coast (NJ, Pa, NY) and denied Freedom of Religion... etc.

93. On or about April 5, 2022 Plaintiff tried to order religious Artifacts -

38

Moorish Science Temple of America
Necklace from George (Auterer
out of Chicago, IL that sell
Masons and Moorish religious
materials. ("George Lauterer").

94 On or about April 13, 2022 Plaintiff
was inform by chaplain at East
Jersey State Prison W. Pidegon
on Jpay that M.S.T.A. (Moorish
Science Temple of America) not on
approve list to order religious
Artifacts (Necklace Fez and etc.)

95. On or about April 14, 2022 Plaintiff
inform chaplain W. Pidegon he
denying Plaintiff Freedom of Religion
and denied equal Protection of law
on Jpay EJSP 22013995

96 On or about April 14, 2022 East
Jersey State Prison refuse to process
order to Lauterer for Moorish Science

39

Temple of America Necklace etc.

97. IV. Relief

98. Wherefore, Plaintiff respectfully prays that this court order defendant's to allow Plaintiff access to Moorish Science Temple of America religious Advisor Grand shiek or seek one on Plaintiff behalf since he new to N.J.D.O.C., order Moorish Science Temple of America religious Artifacts (necklace, Fez or any religious artifacts deem not a security threat to prison) and allow Plaintiff to congregate or hold religious service for other Moorish members And enter judgement granting Plaintiff:

99. A declaration that the Acts and omission described herein

40

violated Plaintiff's rights under First Amendment (Freedom of religion under Religious Land Use And Institutionalized Person Act (R.L.U.-I.P.A.), Freedom of Expression, retaliation for Freed of Speech, Fourteenth Amendment Denied equal protection inmates similar situated like Plaintiff get to practice there religion beliefs Under the Constitution And laws of the United States

100. A Preliminary Injunction and T.R.O. to stop defendants from retaliation, being in concert with each other to deny Plaintiff his religious belief, Freedom of Expression And Freedom of religion, Allow Plaintiff to purchase religious artifacts (Necklace, Fez or any object that not a Security threat to the prison And Stop denying

41

Access to Religious clergy through
U.S. Postage Grand Shiek

101 Compensatory damages in the
amount of $ 100,000.00 Against
each defendant jointly And severelly.

102. Puntive damages in the amount
of 100,000.00 Against each
defendant

103. A jury trial on all issues tricble
by jury

104 Plaintiff cost in this court

105. Any Additional relief this
court deem just proper. And eauitble

I declare under penalty of
prejury that the foregoing is true
And correct 26th day of April 2022

42

Signed this 26th day of
April 2022


Signature of Plaintiff
Mailing Address: East Jersey State
Prison 1100 Wood Bridge Rd  Lock BAG
R Rahway, NJ 07065
Telephone number: (732)-499-5010




Signature of Plaintiff
/s/Jasper Frazier 799545B



43