Exhibit Aa1

Remit To:

U.S. District Court Clerk's Office, Room 105

46 East Ohio St.

Indianapolis IN 46204

Employer Name: New Castle Correctional Facility

1000 Van Nuys Road New Castle, IN 47362

1 of 4

| DOC # | NAME | Case # | Amt Due | Funds Rec | Amt Paid | Bal Due | |
|---|---|---|---|---|---|---|---|
| 114346 | Frazier, Jasper | 1:19 cv 04687 JRS TAB | $ 267.37 | | $ - | $ 267.37 | January |
| | | | $ 267.37 | | $ - | $ 267.37 | February |
| | | | $ 267.37 | | $ - | $ 267.37 | March |
| | | | $ 267.37 | $ 200.00 | $ 10.00 | $ 257.37 | April |

2 of 4

| DOC # | NAME | Case # | Amt Due | Funds Rec | Amt Paid | Bal Due | |
|---|---|---|---|---|---|---|---|
| 114346 | Frazier, Jasper | 1:20 cv 01581 TWP MPB | $ 334.86 | $ - | $ - | $ 334.86 | January |
| | | | $ 334.86 | $ - | $ - | $ 334.86 | February |
| | | | $ 334.86 | $ - | $ - | $ 334.86 | March |
| | | | $ 334.86 | $ 200.00 | $ 10.00 | $ 324.86 | April |
| | | | $ 324.86 | $ - | $ - | $ 324.86 | May |

3 of 4

| DOC # | NAME | Case # | Amt Due | Funds Rec | Amt Paid | Bal Due | |
|---|---|---|---|---|---|---|---|
| 114346 | Frazier, Jasper | 1:19 cv 04314 JMS DML | $ 220.82 | $ - | $ - | $ 220.82 | January |
| | | | $ 220.82 | $ - | $ - | $ 220.82 | February |
| | | | $ 220.82 | $ - | $ - | $ 220.82 | March |
| | | | $ 220.82 | $ 200.00 | $ 10.00 | $ 210.82 | April |
| | | | $ 210.82 | $ - | $ - | $ 210.82 | May |

4 of 4

| DOC # | NAME | Case # | Amt Due | Funds Rec | Amt Paid | Bal Due | |
|---|---|---|---|---|---|---|---|
| 114346 | Frazier, Jasper | 1:20 cv 00675 RLY TAB | $ 307.64 | $ - | $ - | $ 307.64 | January |
| | | | $ 307.64 | $ - | $ - | $ 307.64 | February |
| | | | $ 307.64 | $ - | $ - | $ 307.64 | March |
| | | | $ 307.64 | $ 200.00 | $ 10.00 | $ 297.64 | April |
| | | | $ 297.64 | $ - | $ - | $ 297.64 | May |

Exhibit Aa2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JASPER L. FRAZIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:19-cv-04687-JRS-TAB |
| ) | |
| ROBERT E. CARTER, et al. ) | |
| ) | |
| Defendants. ) | |

TO:   Warden, PENDLETON CORRECTIONAL FACILITY

### Order Directing Prisoner Payment

The plaintiff's request to proceed *in forma pauperis* was granted through the assessment of an initial partial filing fee. That sum has been paid. However, plaintiff is still obligated to pay the remainder of the three hundred and fifty dollars ($350.00) filing fee pursuant to the statutory formula set forth in 28 U.S.C. § 1915(b)(2). "All § 1915 has ever done is excuse pre-payment of the docket fees; a litigant remains liable for them, and for other costs, although poverty may make collection impossible." *Abdul-Wadood v. Nathan*, 91 F.3d 1023, 1025 (7th Cir. 1996).

In order to provide for the orderly payment of the balance of the filing fee owed in this case, the Court directs the following:

1. Plaintiff's custodian is directed to **withhold** sums from the inmate trust account of **JASPER L. FRAZIER, 114346**, and to **forward** such sums to the Clerk of this Court at 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, consistent with paragraph 2 of this Entry. The appropriate cause number, 1:19-CV-04687-JRS-TAB, should be placed on each payment sent to the Clerk.

2. The sums withheld and forwarded shall be twenty percent (20%) of the preceding month's income credited to the inmate's account. Such sums shall be forwarded to the Clerk each time the amount in the inmate's account exceeds Ten Dollars ($10.00) until the filing fee is paid.

3. As of the issuance of this Order, the balance of the filing fee still due in this case is $267.37.

4. A copy of this Order shall be sent to plaintiff and to plaintiff's custodian.

5. If other orders have been issued directing the withdrawal of 20% of the

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JASPER L. FRAZIER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cv-04314-JMS-DML |
| ROBERT E. CARTER, et al. | ) ) ) |
| Defendants. | ) |

### Order

Plaintiff Jasper Frazier has filed a motion to inform that the balance of the filing fee is incorrect. That motion, dkt. [102], is **granted** only to the extent that Mr. Frazier is notified that, at this time, the balance due in this case is $161.15.

**IT IS SO ORDERED.**

Date: 8/27/2021

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

JASPER L. FRAZIER
000799545B
NORTHERN STATE PRISON
168 Frontage Road
Newark, NJ 07114

All Electronically Registered Counsel

Exhibit Aa 3

## \*\*\* PUBLIC DOCKET \*\*\*

### U.S. District Court
### Southern District of Indiana (Indianapolis)
### CIVIL DOCKET FOR CASE #: 1:21-cv-02445-SEB-TAB

FRAZIER v. CARTER et al
Assigned to: Judge Sarah Evans Barker
Referred to: Magistrate Judge Tim A. Baker
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 09/15/2021
Jury Demand: Plaintiff
Nature of Suit: 555 Prisoner Petitions - Prison Condition
Jurisdiction: Federal Question

**Plaintiff**

JASPER FRAZIER                          represented by JASPER FRAZIER
                                                        000799545B
                                                        EAST JERSEY STATE PRISON
                                                        East Jersey State Prison
                                                        1100 Woodbridge Rd
                                                        Rahway, NJ 07065
                                                        PRO SE

V.

**Defendant**

ROBERT E. CARTER                        represented by ROBERT E. CARTER
*Commissioner*                                          PRO SE

**Defendant**

MARK R. SEVIER                          represented by MARK R. SEVIER
*Supt.*                                                 PRO SE

**Defendant**

JENNIFER FRENCH                         represented by JENNIFER FRENCH
*Asst Supt*                                             PRO SE

**Defendant**

S-D FITCH                               represented by S-D FITCH
*Asst Supt*                                             PRO SE

**Defendant**

DAVIS                                   represented by DAVIS
*Major*                                                 PRO SE

**Defendant**

| | | |
|---|---|---|
| | | send mail to him certified mail is denied. Mr. Frazier's motion for confirmation of filing, dkt. [ 10 ], is granted to the extent he is notified that his complaint has been received. Mr. Frazier also requests that the Court order the Northern State Prison business office to pay the initial filing fee on Mr. Frazier's behalf is denied as Mr. Frazier has not indicated that he has submitted a request to the prison on his own behalf and such an order to the prison is unnecessary. Further, Mr. Frazier is reminded that his motion for leave to proceed in forma pauperis was denied and he was directed to pay the $402.00 filing fee. Dkt. [ 5 ]. Mr. Frazier was given through October 22, 2021 to pay. That deadline is extended, and Mr. Frazier shall have through November 22, 2021, to pay or to show that he has good reason for his inability to do so. Copy to Plaintiff via US Mail. Signed by Magistrate Judge Tim A. Baker on 10/20/2021. (SWM) (Entered: 10/21/2021) |
| 10/25/2021 | 12 | Correspondence REQUESTING COPY of Case Docket Sheet, filed by Jasper Frazier. Copy/Copies provided via US Mail. (Attachments: # 1 Envelope) (CKM) (Entered: 10/27/2021) |
| 11/01/2021 | 13 | Correspondence REQUESTING COPY of Case Docket Sheet, filed by Jasper Frazier. Copy/Copies provided via US Mail. (Attachments: # 1 Envelope) (CKM) (Entered: 11/03/2021) |
| 11/01/2021 | 14 | MOTION for Clarification re Recent Documents Pertaining to dkt 5 , filed by Plaintiff JASPER FRAZIER. (Attachments: # 1 Exhibit, # 2 Envelope) (CKM) (Entered: 11/03/2021) |
| 11/01/2021 | 15 | MOTION to Inform, filed by Plaintiff JASPER FRAZIER. (Attachments: # 1 Exhibit, # 2 Envelope) (CKM) (Entered: 11/03/2021) |
| 11/02/2021 | 16 | MOTION to Inform re IFP, filed by Plaintiff JASPER FRAZIER. (Attachments: # 1 Exhibits Various Documents, # 2 Envelope) (CKM) (Entered: 11/04/2021) |
| 11/02/2021 | 17 | AFFIDAVIT of Poverty by JASPER FRAZIER. (Attachments: # 1 Envelope) (CKM) (Entered: 11/04/2021) |
| 11/02/2021 | 18 | MOTION for Leave to Proceed in forma pauperis, filed by Plaintiff JASPER FRAZIER. (Attachments: # 1 Exhibit Inmate Trust Account, # 2 Envelope)(CKM) (Entered: 11/04/2021) |
| 11/02/2021 | 19 | RESPONSE re 11 Order on Motion, filed by Plaintiff JASPER FRAZIER. (Attachments: # 1 Exhibit 1-2, # 2 Envelope) (CKM) (Entered: 11/04/2021) |
| 11/08/2021 | 21 | Correspondence REQUESTING COPY of Case Docket Sheet, filed by Jasper Frazier. Copy/Copies provided via US Mail. (Attachments: # 1 Envelope). (MAC) (Entered: 11/10/2021) |
| 11/09/2021 | 20 | Order on Motion to Proceed In Forma Pauperis - The plaintiff's renewed motion to proceed in forma pauperis, dkt. 18 , is granted to the extent that the plaintiff is assessed an initial partial filing fee of One Hundred Twenty-Seven Dollars and Ninety-Four Cents. See 28 U.S.C. § 1915(b)(1). The plaintiff shall have through December 10, 2021, in which to pay this sum to the clerk of the district court. The plaintiff is informed that after the initial partial filing fee is paid, he will be obligated to make monthly payments of 20 percent of the preceding month's income each month that the amount in his account exceeds $10.00, until the full filing fee of $350.00 is paid. 28 U.S.C. § 1915(b)(2). After the initial partial filing fee is received, a collection order will be issued to the plaintiff and the plaintiff's custodian, and the Court will screen the complaint in accordance with 28 U.S.C. § 1915A. (Copy to Plaintiff via U.S. mail) Signed by Judge Sarah Evans Barker on 11/9/2021. (JDC) (Entered: 11/10/2021) |
| 11/12/2021 | 22 | Mail Returned as undeliverable. 4 Notice to Pro se Litigant sent to JASPER FRAZIER |

Exhibit Aa4

FILED, Clerk of the Appellate Division, March 08, 2022, A-000811-21, M-003196-21

ORDER ON MOTION
----------------

|  |  |
|---|---|
| JASPER FRAZIER<br>V.<br>NEW JERSEY DEPARTMENT OF CORRECTIONS | SUPERIOR COURT OF NEW JERSEY<br>APPELLATE DIVISION<br>DOCKET NO. A-000811-21T4<br>MOTION NO. M-003196-21<br>BEFORE    PART E<br>JUDGE(S): CARMEN MESSANO |
| MOTION FILED: 02/07/2022 | BY: JASPER FRAZIER |
| ANSWER(S) FILED: 03/03/2022 | BY: NEW JERSEY DEPARTMENT OF CORRECTIONS |

SUBMITTED TO COURT: March 07, 2022

ORDER
-----

THIS MATTER HAVING BEEN DULY PRESENTED TO THE COURT, IT IS, ON THIS 8th day of March, 2022, HEREBY ORDERED AS FOLLOWS:

MOTION BY APPELLANT

MOTION TO COMPEL RESPONDENT TO
PROVIDE APPELLANT WITH SIX-MONTH
ACCOUNT STATEMENT                    DENIED AS MOOT

SUPPLEMENTAL:

Appellant is granted indigency status for purposes of this appeal.

The motion for leave to proceed as indigent is granted subject to N.J.S.A. 30:4-16.3. The calculation required by said statute shall be made by the Department of Corrections, which shall then, on notice to the appellant of the amount of the calculation, transfer the partial filing fee as calculated from the appellant's institutional account to the Clerk of the Superior Court. The fulfillment of this condition shall not stay the processing, perfection or determination of this appeal.

FOR THE COURT:

_/s/ Carmen Messano_
CARMEN MESSANO, P.J.A.D.

N/A    STATEWIDE
ORDER - REGULAR MOTION
CLD

Exhibit A a5

FILED, Clerk of the Appellate Division, November 29, 2021, A-000410-21, M-000850-21

## ORDER ON MOTION

|  |  |
|---|---|
| JASPER FRAZIER<br>V.<br>NEW JERSEY DEPARTMENT OF CORRECTIONS | SUPERIOR COURT OF NEW JERSEY<br>APPELLATE DIVISION<br>DOCKET NO.  A-000410-21T4<br>MOTION NO.  M-000850-21<br>BEFORE     PART E<br>JUDGE(S):  CARMEN MESSANO |

MOTION FILED:   10/06/2021        BY:  JASPER FRAZIER

ANSWER(S)
FILED:

SUBMITTED TO COURT: November 24, 2021

## ORDER

THIS MATTER HAVING BEEN DULY PRESENTED TO THE COURT, IT IS, ON THIS 29th day of November, 2021, HEREBY ORDERED AS FOLLOWS:

MOTION BY APPELLANT

MOTION TO PROCEED AS AN INDIGENT    GRANTED

SUPPLEMENTAL:

The motion for leave to proceed as indigent is granted subject to N.J.S.A. 30:4-16.3. The calculation required by said statute shall be made by the Department of Corrections, which shall then, on notice to the appellant of the amount of the calculation, transfer the partial filing fee as calculated from the appellant's institutional account to the Clerk of the Superior Court. The fulfillment of this condition shall not stay the processing, perfection or determination of this appeal.

FOR THE COURT:

CARMEN MESSANO, P.J.A.D.

N/A    STATEWIDE
ORDER - REGULAR MOTION
SF

Exhibit Aa5

FILED, Clerk of the Appellate Division, November 03, 2021, A-000410-21

```
               SUPERIOR COURT OF NEW JERSEY
                    APPELLATE DIVISION
              RICHARD J. HUGHES JUSTICE COMPLEX
                        P.O. BOX 006
                   TRENTON, N.J. 08625-0006

                      MOTION FILING NOTICE

                                      Date: 11/03/2021
```

JASPER FRAZIER
799545B 1291159
NORTHERN STATE PRISON
P.O. BOX 2300
NEWARK, NJ 07114,

Title:        JASPER FRAZIER V. NEW JERSEY DEPARTMENT OF CORRECTIONS
Docket No.    A-000410-21
Motion No.    M-000850-21
              MOTION TO PROCEED AS AN INDIGENT

The motion papers were filed under the above docket and motion numbers. If deficiencies are noted below or an answer is to be submitted, please return a copy of this notice with said material to the attention of your case manager, Sara Felicia.

CONFIRMS FILING OF MOTION-NO NOTED DEFICIENCIES
SEE RELATED APPEAL DEFICIENCY LETTER

Original and 4 copies of all material are required unless otherwise specified above. If you have any questions, please contact your case manager at (609-815-2950 x 52661) SARA.FELICIA@NJCOURTS.GOV.

                                      JOSEPH H. ORLANDO
                                      CLERK

cc: ATTORNEY GENERAL LAW - MELISSA H RAKSA

ALL ANSWERING PAPERS MUST BE FILED NO LATER THAN November 16, 2021

MOTION FILING NOTICE

Exhibit Aa5